HORACE RAYWOOD YOPP, III,          )
                                   )
                    Petitioner,    )
                                   )                    ORDER
          v.                       )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    Respondent.    )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **(40)** days of the filing

of this order.

SO ORDERED, this the 16th day of June, 2016.

Louise W. Flanagan
United States District Judge